ANNA L. GAHAN, Respondent, v. ANDREW T. GAHAN, Appellant.— Interlocutory judgment reversed on the law and facts, and complaint dismissed, without costs. All concur. The court disapproves of findings of fact numbered 4, 5, 6, 7, 8 and 10.

ANTONIO G. WALDO (Successor of DANIEL C. BURKE), as Trustee in Bankruptcy of JOSEPH SHAHEEN, Bankrupt, Appellant, v. NATIONAL LIBERTY FIRE INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order reversed on the law, and new trial granted with costs to the appellant to abide the event, on the ground of error in the charge as to the burden of proof. All concur.

FRANK POWERS, Appellant, v. JOHN B. SCHAFER, Respondent. JOSEPH R. POWERS, Appellant, v. JOHN B. SCHAFER, Respondent.— Judgments and orders unanimously affirmed, with costs of one appeal.

JOSEPH DEVLIN, Appellant, v. JOHN B. SCHAFER, Respondent.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict* was inadequate. All concur.

GUSSIE FRIEND, Appellant, v. LOUIS FRIEDMAN and Others, Respondents, Impleaded with Others.— Judgment unanimously affirmed, with costs.

CHESTER HANES, Respondent, v. LANSON DUVALL, Appellant.— Judgment and order affirmed, with costs. All concur, except H. T. Kellogg and Van Kirk, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN YEVCHAK, Appellant, v. CHARLES W. WATSON, Sheriff of Broome County, and Another, Respondents.— Order reversed on the law, writ sustained, and relator discharged, with costs of the appeal against the respondent Goldstein, on the ground that the execution was renewed more than five years after the judgment was rendered, contrary to the provisions of sections 278 and 285 of the Justice Court Act. All concur.

F. S. BURGESS SON & COMPANY, Plaintiff, v. FELTON CONSTRUCTION CORPORATION, Appellant, Impleaded with BUFFALO LITHOLITE COMPANY, Respondent, and Others.— Judgment unanimously affirmed, with costs.

MARGARET LEGG, Respondent, v. MARY DUNCAN VAN RENSSELAER JOHNSTON, Appellant.— Judgment and order unanimously affirmed, with costs.

MABEL GIOSCIA, Appellant, v. JOSEPH GIOSCIA, Respondent.— Judgment unanimously affirmed, with costs.

MATTIE W. MILLER, as Administratrix, etc., of GEORGE C. MILLER, Deceased, Appellant, v. SCHENECTADY RAILWAY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of FRED W. DUDLEY to Fix and Determine and to Direct Payment of His Compensation for Services Rendered as Attorney for the Estate of GEORGE D. SHERMAN, Deceased.— Decree unanimously affirmed, with costs to the respondent Dudley payable out of the estate.

MARGARET DANIEL, Appellant, v. HUGH A. DANIEL, JR., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of EMANUEL JORDAN, Respondent, against ASHLUND, FAGER & WEITERER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. Withdrawn.

---

*Verdict was for seventy-five dollars in an action to recover for personal injuries. — [REP.